**FILED**
**OCTOBER 20, 2006**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | **06 C 5736** |
| KEVIN LONG, | ) | |
| | ) | |
| Defendant/Petitioner | ) | **WAH** |
| | ) | Formerly case No. 06-1222176, Circuit |
| In the matter of a PETITION FOR RULE TO | ) | Court of Cook County, Municipal |
| SHOW CAUSE FOR FAILURE TO | ) | Department, First District |
| COMPLY WITH A SUBPOENA TO THE | ) | |
| UNITED STATES DISTRICT COURT | ) | |

## NOTICE OF REMOVAL

To: Dorothy Brown, Clerk
Circuit Court of Cook County, Illinois
Branch 43
3150 West Flournoy Street
Chicago, Illinois 60612

Kevin Jay Long
4572 North Milwaukee Avenue, Suite 5B
Chicago, Illinois 60630

Cook County States Attorney
3150 West Flournoy Street
Chicago, Illinois 60612

Yvonne LaGrone
City of Chicago Law Department
30 North LaSalle Street, 7th Floor
Chicago, Illinois 60602

The UNITED STATES, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned proceeding from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a), and in support states the following:

1. On October 6, 2006, defendant Kevin Long ("Long") filed a petition for a rule to show cause in state court seeking to compel compliance by the United States District Court with a

subpoena previously issued by Long in the state court matter. The petition (with the subpoena attached) was served on the chambers of United States District Judge Kocoras and is attached as Ex. A.

2. The petition is an action against an officer of the United States or an officer of the courts of the United States for actions under color of his office or in the performance of his duties and thus is subject to removal to this court pursuant to 28 U.S.C. § 1442(a)(1) and (3).

3. Because of sovereign immunity, state courts may not compel compliance with subpoenas by federal officials. *Edwards v. Department of Justice*, 43 F.3d 312 (7th Cir. 1994); *Dunne v. Hunt*, 2006 WL 1371445, (N.D. Ill., May 16, 2006)(state-court subpoena to federal court official not enforceable).

4. Copies of all process, pleadings, and orders served upon the court are attached hereto.

WHEREFORE, the petition for a rule to show cause now pending in the Circuit Court of Cook County, Illinois, is properly removed to this Court pursuant to 28 U.S.C. § 1442(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Thomas P. Walsh
    THOMAS P. WALSH
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5312

# EXHIBIT A

STATE OF ILLINOIS     )
COUNTY OF COOK        ) ss.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| Plaintiff, ) | |
| vs. ) | 06-1222176 |
| KEVIN LONG, ) | |
| Defendant. ) | |

FILED
DOROTHY BROWN
CLERK OF CIRCUIT COURT

## DEFENDANT'S PETITION FOR RULE-TO-SHOW-CAUSE
## FOR FAILURE TO COMPLY WITH SUBPOENA

I request that this Honorable Court issue a Rule-to-Show-Cause why Charlie Kocoras (CHARLIE) should not be held in contempt for willfully ignoring the attached subpoena. I offer the following in support:

A. On 8/11/06, I personally served the attached subpoena duces tecum under *Illinois Supreme Court Rule* 412(g).

B. The attached subpoena was returnable on 9/5/06 (1:30 p.m.).

C. My subpoena was not complied with on 9/5/06.

D. On 9/5/06 (≈ 3:30 p.m.), Jeanette Armstrong (secretary) confirmed by telephone that she gave my subpoena to CHARLIE on 8/11/06.

E. On 9/6/06 (≈ 4:00 p.m.), I called Steve Tokoph (courtroom deputy) who informed me that CHARLIE was ignoring my subpoena.

THEREFORE, for the above reasons, I request that this Honorable Court issue a Rule-to-Show-Cause why Charlie Kocoras (CHARLIE) should not be held in contempt for willfully ignoring a subpoena.

Respectfully submitted,

_____
Kevin Jay Long
Pro Se

### CERTIFICATE OF SERVICE

On 10/6/06, I personally served this on _____ at 219 S. Dearborn Street (i.e., Dirksen Building); Chicago, Illinois.

_____
Kevin Jay Long
Pro se

STATE OF ILLINOIS   )SS
COUNTY OF COOK      )
SUBSCRIBED AND SWORN TO BEFORE ME
on 10/6/06.

NOTARY PUBLIC

GOVERNMENT EXHIBIT A

[Handwritten annotations: "CHARLIE, You are not Above the Law Despite what you might think! KJL — How did you put your pants on this morning?! KJL"]

2180 - Served
2280 - Not Served
2380 - Served By Mail
Subpoena - Subpoena Duces Tecum

(Rev. 12-88) CCG-6

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
                Plaintiff, )
                v. )   No. 06-1222176
KEVIN LONG, )
                Defendant. )

### SUBPOENA

TO:   Charlie Kocoras
        219 S. Dearborn Street (i.e., Dirksen Building)
        Chicago, Illinois 60604

**YOU ARE COMMANDED** to appear to testify before Judge Marvin Luckman in Branch 43 at 3150 W. Flournoy Street, Chicago, Illinois on 9/5/06 at 1:30 p.m. **YOU ARE FURTHER COMMANDED** to bring the following in your possession or control:

I do not require your appearance if I receive the following material <u>before 8/28/06</u>:

A.   Copies of **ALL** material regarding Kevin Long received from individuals not directly affiliated with the Dirksen Building, including letters received from local schools (e.g., DePaul Law School); or

B.   If any of the material in ¶ A has been destroyed, prepare a summary of the contents of the destroyed material, including the name, address, and telephone number of the material's author.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

KEVIN JAY LONG
Pro Se                                                 WITNESS _____,2006
4572 North Milwaukee Avenue, Suite 5B
Chicago, Illinois 60630-3745

                                                          DOROTHY BROWN, CLERK OF COURT

I personally served this subpoena on _Jeanette Armstrong (sec)_ on 8/11/06.

Signed and sworn to before me 8/11/06.

"OFFICIAL SEAL"
A. Sullivan
Notary Public, State of Illinois
Cook County
My Commission Expires 01-10-2010

KEVIN JAY LONG

_A. Sullivan_
NOTARY PUBLIC

**DOROTHY A. BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

_Jeanette Armstrong_